Susan Martin (AZ #014226)
Jennifer Kroll (AZ #019859)
Michael M. Licata (AZ#033941)
Martin & Bonnett, P.L.L.C.
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com
mlicata@martinbonnett.com

*Attorneys for Plaintiff and Proposed Settlement Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Koch,<br><br>Plaintiff, on behalf of himself and all others similarly situated<br><br>v.<br><br>Desert States Employers & UFCW Unions Pension Plan et. al,<br>Defendants. | Case No.: 2:20-cv-02187-DJH<br><br>**MOTION TO EXCEED THE PAGE LIMIT ON MOTION TO CERTIFY SETTLEMENT CLASSES AND FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to LR Civ 7.2(e), Plaintiff hereby moves to exceed the page limit on Plaintiff's Motion to Certify Settlement Class and for Preliminary Approval of Class Action Settlement.

Plaintiff is filing a joint motion to certify the settlement classes and for preliminary approval of the class action settlement. Because the facts and issues in these motions overlap, instead of filing two motions, which may be up to 17 pages each, Plaintiff believes that filing a combined motion that addresses both preliminary approval of the settlement and class certification in one filing is more efficient for the Court. Plaintiff respectfully

submits that additional pages are necessary to fully apprise the Court of the details of the settlement and address the criteria for both preliminary approval and class certification.

Accordingly, Plaintiff respectfully requests permission to exceed the page limitation by seven pages for a total of 24 pages.

Respectfully Submitted this 8th day of June 2021.

        **MARTIN & BONNETT, P.L.L.C.**
        By: s/Susan Martin
          Susan Martin
          Jennifer Kroll
          Michael M. Licata
          4647 N. 32nd St., Suite 185
          Phoenix, Arizona 85018
          Telephone: (602) 240-6900

        *Attorneys for Plaintiff and Proposed Settlement Classes*